# United States Court of Appeals
## For the First Circuit

No. 08-1712

GILBERT ESPINOZA,

Petitioner, Appellant,

v.

CAROLYN A. SABOL, WARDEN OF FMC DEVENS,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on February 27, 2009, is corrected as follows:

On page 10, line 12, replace "expiation" with "expiration."

On page 10, footnote line 5, replace "April" with "Apr."